UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARIDAD MISAVAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-cv-01609 |
| | ) |
| NAVIENT SOLUTIONS, LLC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, CARIDAD MISAVAGE ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate the Status Hearing set for October 11, 2017 at 9:45 a.m., and any additional dates currently set on calendar for the present matter.

DATED: September 18, 2017          RESPECTFULLY SUBMITTED,

By: /s/ Adam T. Hill
Adam T. Hill
Attorney for Plaintiff
Krohn & Moss, Ltd.
10 N. Dearborn St
Suite 301
Chicago, IL 60602
Tel: (312) 578-9428 ext 242
Fax: (866) 861-1390
Email: ahill@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 18, 2017, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.

        By:    /s/ Adam T. Hill
                     Adam T. Hill
                     Attorney for Plaintiffs